# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Brittany Sellers and Chad Sellers, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER RE STATUS CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Menard, Inc., d/b/a Menards, | ) | |
| | ) | Case No.: 1:18-CV-089 |
| Defendant. | ) | |

The court shall hold a status conference with the parties by telephone on July 2, 2019, at 10:00 a.m. To participate in the conference call, counsel should call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 19th day of April, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court